UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISPEC, INC., <br><br> Plaintiff, <br> v. <br><br> TEX R.L. INDUSTRIAL CO., LTD.. et al. <br><br> Defendants. | Civil Action No. : 12-cv-4339 <br><br> **Filed via ECF and Regular Mail** |

## REQUEST FOR ENTRY OF DEFAULT

To: Clerk of Court

In accordance with Fed. R. Civ. P. 55(a), Plaintiff, Ispec, Inc., hereby requests the Entry of Default be entered against Tex R.L Industrial Co., Ltd. (hereinafter "Tex RL") for failure to plead or otherwise defend within the time allowed by law. An Affidavit in support of this request is attached hereto.

Law Office of Jungsup Kim LLC

*/s/ Jungsup Kim*

**JUNGSUP KIM**
Law Office of Jungsup Kim LLC
Continental Plaza II
411 Hackensack Avenue, 2nd Floor
Hackensack, New Jersey 07601
(201) 509-3367; fax: (201) 586-0278
Email: kimjungsup.esq@gmail.com

Attorney for Plaintiff, **ISPEC, INC**

SO ENTERED:

_____
Clerk of Court

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISPEC, INC.,<br><br>            Plaintiff,<br>v.<br><br>TEX R.L. INDUSTRIAL CO., LTD., et al.<br><br>            Defendants. | Civil Action No. : 12-cv-4339 |

**AFFIDAVIT IN SUPPORT OF**
**REQUEST FOR ENTRY OF DEFAULT**

In support of my request for Clerk's Entry of Default, I, Jungsup Kim, of full age, being duly sworn, upon his oath according to law deposes and says:

1. I am an attorney-at-law of the State of New Jersey and attorney for plaintiff in the above-captioned action. I am thoroughly familiar with the facts and circumstances of this action.

2. After plaintiff's request, on or about January 30, 2015, the U.S. Clerk of Court mailed the summons and complaint to the defendant's office in Taiwan by FedEx.

3. On February 2, 2015, the Complaint and Summons in this action were served via international registered mail, FeDex, which satisfies the provisions of Fed. R. Civ. P. 4(f)(2)(C)(ii) -- which permits process to be served on a foreign defendant like Tex RL– unless prohibited by the foreign country's law – by mail that the clerk addresses and sends, which requires a signed receipt. One of defendant's employees, S. Chen signed the delivery receipt although the "[s]ignature images are not available for display for shipments to [Taiwan]." The proof of service is attached to this request. **Exhibit A.**

2

4. This method of service is not prohibited by the domestic law of Taiwan and that I obtained this information by contacting the U.S. Department of State and Taiwan Central Authority.

5. The time within which defendant Tex RL may answer or otherwise move as to the Complaint expired on <u>February 23, 2015</u> and has not been extended. Defendant Tex RL has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

6. The Defendant and its employee, S. Chen is not an infant, incompetent person or a member of the military service.

7. This statement is true and is signed under the penalty of perjury.

Date: 4-21-2015

JUNGSUP KIM

Sworn and subscribed to before me this 21st day of April, 2015.

CHANG KYUN NOH
ID # 2430559
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires February 27, 2018

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISPEC, INC.,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>TEX R.L. INDUSTRIAL CO., LTD., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. : 12-4339-MCA-JBC<br><br>CERTIFICATE OF SERVICE PURSUANT TO THE JANUARY 20, 2015 COURT ORDER<br><br><u>Via Electronic Filing and Regular Mail</u> |

Jungsup Kim, counsel of record for plaintiff, certifies and states:

1.　　pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, the Clerk of the Court mailed via FedEx a copy of the summons and complaint to:

**TEX R.L. INDUSTRIAL CO., LTD.
5F-1, NO. 7, SECTION 2, AN HO ROAD
TAIPEI, TAIWAN 10680**

2.　　On February 2, 2015, the summons and complaint was served on the defendant. Proof of Service issued by FedEx is attached.

I certify that the foregoing statements made by me and the attached document are true and accurate. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: April 19, 2015

　　　　　　　　　　　　　　　　　　　　　Law Office of Jungsup Kim LLC

　　　　　　　　　　　　　　　　　　　　　Jungsup Kim
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Continental Plaza II
　　　　　　　　　　　　　　　　　　　　　411 Hackensack Ave., 2nd Fl.
　　　　　　　　　　　　　　　　　　　　　Hackensack, NJ 07601
　　　　　　　　　　　　　　　　　　　　　(201) 509-3367 / (201) 586-0278 FAX
　　　　　　　　　　　　　　　　　　　　　kimjungsup.esq@gmail.com



February 5, 2015

Dear Customer:

The following is the proof-of-delivery for tracking number 772716810499.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | S.CHEN | Delivery location: | TAIPEI CITY |
| Service type: | FedEx International Priority | Delivery date: | Feb 2, 2015 11:26 |
| Special Handling: | Deliver Weekday | | |

Signature images are not available for display for shipments to this country.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 772716810499 | Ship date: | Jan 30, 2015 |
| | | Weight: | 0.5 lbs/0.2 kg |

Recipient:
TAIPEI CITY TW

Shipper:
CLERK OF COURT
CLERK OF COURT
M.L. KING BUILDING   U.S.COURTHOUS
50 WALNUT STREET, ROOM 4015
NEWARK, NJ 07101 US

Additional recipient and address information is not available for display for shipments to this country.

Thank you for choosing FedEx.

**FedEx.**   Shipment Receipt

**Address Information**

Ship to:
TEX R.L.
TEX R.L. INDUSTRIAL CO.,LTD.
5F-1, NO. 7, Section 2, An Ho Road
TAIPEI CITY,
10680
TW
886227036855

Ship from:
Clerk of Court
Clerk of Court
M.L. King Building &
U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ
07101
US
973-645-3730

**Shipment Information:**
Tracking no.: 772716810499
Ship date: 01/26/2015
Estimated shipping charges: 36.16

**Package Information**
Pricing option:
Service type: International Priority
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: ispecinc-402
Bill duties/taxes/fees to: ispecinc-402
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits. Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

https://www.fedex.com/shipping/html/en/PrintIFrame.html            1/26/2015